IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RON WESLEY HAYES                                                                        PLAINTIFF

v.                                        Civil No. 4:19-cv-4061

JOHN DOE OFFICER, *et al.*                                                           DEFENDANTS

## **ORDER**

Before the Court is the Report and Recommendation filed July 2, 2019, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. ECF No. 4. Judge Marschewski recommends that Plaintiff's complaint be dismissed for failure to comply with a Court order and for failure to prosecute. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 30th day of July, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge